**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH WEATHINGTON,<br><br>            Petitioner,<br><br>  v.<br><br>D. ASUNCION, Warden,<br><br>            Respondent. | Case No. CV 16-6813 VAP (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 17, 2017

_____
VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE